**Order entered January 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01340-CR
No. 05-17-01341-CR

**CHARLES RAY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F14-75623-I & F14-75616-I

## ORDER

The reporter's record was due October 27, 2017. By letter dated November 29, 2017, court reporter Mary Snider informed the Court she had not prepared the reporter's record because she had not received written notice to do so. We then abated the appeals for a hearing on counsel. On December 12, 2017, Nanette Hendrickson filed a docketing statement stating she is representing appellant and that she requested the reporter's record. In light of this, we reinstated the appeals.

To date, the reporter's record has not been filed and we have had no further correspondence from Ms. Snider. We **ORDER** the complete reporter's record filed within **FOURTEEN DAYS** of the date of this order. We caution Ms. Snider that the failure to file the

reporter's record by that date may result in the Court taking whatever action it deems appropriate to ensure that these appeals proceed in a more timely fashion, which may include ordering that she not sit as a court reporter until the record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; Mary Snider, official court reporter, Criminal District Court No. 2; and to counsel for all parties.


/s/    LANA MYERS
        JUSTICE